# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KENNETH HALL,

    Plaintiff,

v.                                                      CASE NO. 8:16-cv-69-T-26MAP

BARNETT OUTDOORS, LLC,
SYNERGY OUTDOORS, LLC, and
WILDGAME INNOVATIONS, LLC,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of Defendants' Renewed Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction (Dkt. 20), and Plaintiff's Response (Dkt. 21), the Court concludes that the motion should be granted. Defendants filed an affidavit in which a former project manager of Defendant Barnett Outdoors, LLC, a Florida single-member limited liability company, traces its citizenship to Delaware and Illinois. Plaintiff is also a resident of Illinois, which destroys diversity jurisdiction in this action originally filed in the Middle District of Florida. Plaintiff has failed to offer any proof refuting Defendants' affidavit establishing lack of the diversity of the parties.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that Defendants' Renewed Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction (Dkt. 20) is **granted.** This case is hereby **dismissed** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on April 18, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record